## 18331. Town of Garden City et al. v. Long et al.

Candler, Justice. This case is controlled by the decision in *Phillips* v. *City of Atlanta*, ante.

*Judgment affirmed. All the Justices concur, except Atkinson, P.J., not participating.*

Argued September 14, 1953—Decided September 15, 1953— Rehearing denied September 28, 1953.

*Myrick & Myrick, Ernest J. Haar,* for plaintiffs in error.
*William A. Searcy, Aaron Kravitch,* contra.